# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re: TALSON, INC. § Case No. 18-11230
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WILBUR J. (BILL) BABIN, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $56.47          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $310,839.99     Claims Discharged
                                                 Without Payment: $318,960.19

Total Expenses of Administration: $189,160.01

3) Total gross receipts of $ 500,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $500,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $62,914.58 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 189,160.01 | 189,160.01 | 189,160.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 109,892.98 | 73,432.30 | 79,646.65 | 79,646.65 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 482,808.51 | 890,755.55 | 398,227.05 | 231,193.34 |
| **TOTAL DISBURSEMENTS** | $655,616.07 | $1,153,347.86 | $667,033.71 | $500,000.00 |

    4) This case was originally filed under Chapter 7 on May 14, 2018. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/18/2019      By: /s/WILBUR J. (BILL) BABIN, JR.
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRANSFER OF LIFE INSURANCE TO BYRAN H. TALBERT | 1241-000 | 500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$500,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CHASE | 4110-000 | 62,914.58 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$62,914.58** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - WILBUR J. (BILL) BABIN, JR. | 2100-000 | N/A | 28,250.00 | 28,250.00 | 28,250.00 |
| Trustee Expenses - WILBUR J. (BILL) BABIN, JR. | 2200-000 | N/A | 377.00 | 377.00 | 377.00 |
| Other - LOUISIANA DEPARTMENT OF REVENUE | 2820-000 | N/A | 1,659.00 | 1,659.00 | 1,659.00 |
| Attorney for Trustee Expenses (Trustee Firm) - THE DERBES LAW FIRM, LLC | 3120-000 | N/A | 2,382.97 | 2,382.97 | 2,382.97 |
| Accountant for Trustee Fees (Trustee Firm) - THE DERBES LAW FIRM, LLC | 3310-000 | N/A | 11.00 | 11.00 | 11.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - THE DERBES LAW FIRM, LLC | 3110-000 | N/A | 4,400.00 | 4,400.00 | 4,400.00 |
| Attorney for Trustee Fees (Trustee Firm) - THE DERBES LAW FIRM, LLC | 3110-000 | N/A | 150,000.00 | 150,000.00 | 150,000.00 |
| Other - SIGMA CONSULTING CORPORATION | 3731-000 | N/A | 1,218.75 | 1,218.75 | 1,218.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 320.93 | 320.93 | 320.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 266.11 | 266.11 | 266.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 274.25 | 274.25 | 274.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$189,160.01** | **$189,160.01** | **$189,160.01** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | STATE OF ALABAMA DEPARTMENT OF REVENUE | 5800-000 | 373.94 | 256.15 | 256.15 | 256.15 |
| 3P | LOUISIANA DEPARTMENT OF REVENUE | 5800-000 | 8,796.93 | 1,021.34 | 1,021.34 | 1,021.34 |
| 5P | ROSSIE P. HOTARD | 5300-000 | 5,800.00 | 12,850.00 | 9,296.97 | 9,296.97 |
| 6P | ANTHONY GAGLIANO | 5300-000 | N/A | 12,850.00 | 9,296.97 | 9,296.97 |
| 7P | RANDY CASSAGNE | 5300-000 | N/A | 12,850.00 | 9,296.97 | 9,296.97 |
| 10P | CHRISTIAN S. SCHADE | 5300-000 | 14,667.75 | 12,850.00 | 9,296.97 | 9,296.97 |
| 11P | INTERNAL REVENUE SERVICE | 5800-000 | 46,336.87 | 4,731.53 | 4,731.53 | 4,731.53 |
| 17P | BRYAN LEDET | 5300-000 | 11,289.56 | 12,850.00 | 9,296.97 | 9,296.97 |
| 19P | ADAM J. BLANCHARD, JR. | 5300-000 | 8,365.92 | 3,173.28 | 2,295.86 | 2,295.86 |
| EE-MED | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 977.66 | 977.66 |
| EE-TAX | LA DEPARTMENT OF REVENUE & TAXATION | 5300-000 | N/A | N/A | 1,348.47 | 1,348.47 |
| EE-TAX | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 13,484.66 | 13,484.66 |
| ER-MED | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 977.66 | 977.66 |
| EE-FICA | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 2,831.78 | 2,831.78 |
| ER-FICA | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 2,831.78 | 2,831.78 |

**UST Form 101-7-TDR (10/1/2010)**

|          |                                   |           |              |             |             |             |
|----------|-----------------------------------|-----------|--------------|-------------|-------------|-------------|
| ER-FUTA  | INTERNAL REVENUE SERVICE          | 5800-000  | N/A          | N/A         | 2,366.74    | 2,366.74    |
| ER-SUTA  | LOUISIANA DEPARTMENT OF LABOR     | 5800-000  | N/A          | N/A         | 38.17       | 38.17       |
| NOTFILED | GARY LEBLANC                      | 5300-000  | 6,870.00     | N/A         | N/A         | 0.00        |
| NOTFILED | MONICA MOREL                      | 5300-000  | 7,392.01     | N/A         | N/A         | 0.00        |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$109,892.98** | **$73,432.30** | **$79,646.65** | **$79,646.65** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | STATE OF ALABAMA DEPARTMENT OF REVENUE | 7300-000 | 100.00 | 138.84 | 138.84 | 0.00 |
| 2 | DISA INC. | 7100-000 | 1,449.00 | 1,449.00 | 1,449.00 | 921.53 |
| 3F | LOUISIANA DEPARTMENT OF REVENUE | 7300-000 | N/A | 499.80 | 499.80 | 0.00 |
| 3U | LOUISIANA DEPARTMENT OF REVENUE | 7100-000 | N/A | 1,361.73 | 1,361.73 | 866.02 |
| 4 -2 | TITAN ENGINEERING CONSULTANTS, LLC | 7100-000 | N/A | 11,076.60 | 11,076.60 | 7,044.39 |
| 5U | ROSSIE P. HOTARD | 7100-000 | 56,800.00 | 91,325.00 | 49,750.00 | 31,639.54 |
| 6U | ANTHONY GAGLIANO | 7100-000 | 20,650.00 | 27,800.00 | 8,800.00 | 5,596.54 |
| 7U | RANDY CASSAGNE | 7100-000 | 30,760.00 | 64,170.00 | 17,910.00 | 11,390.23 |
| 8 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 29,693.83 | 59,083.97 | 59,083.97 | 37,575.67 |
| 9 | CITY BLUEPRINT & SUPPLY COMPANY | 7100-000 | 410.21 | 410.21 | 410.21 | 260.88 |
| 10U | CHRISTIAN S. SCHADE | 7100-000 | 48,779.38 | 50,597.13 | 50,597.13 | 32,178.29 |
| 11U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 15,122.29 | 15,122.29 | 9,617.33 |
| 12 | LARRY ALLEN TALBERT | 7100-000 | 29,957.72 | 29,957.72 | 0.00 | 0.00 |
| 13 | JANICE H. TALBERT | 7100-000 | 44,417.41 | 44,417.41 | 0.00 | 0.00 |
| 14 | CAMPUS DRIVE EAST, LLC | 7100-000 | 24,164.42 | 258,037.63 | 30,821.97 | 19,601.87 |
| 15 | JANICE H. TALBERT | 7100-000 | N/A | 61,695.41 | 61,695.41 | 39,236.47 |
| 16 | LARRY ALLEN TALBERT | 7100-000 | N/A | 33,500.00 | 33,500.00 | 21,305.02 |
| 17 | BRYAN LEDET | 7100-000 | 6,534.20 | 59,676.71 | 21,950.00 | 13,959.56 |
| 18 | BRYAN HAYS TALBERT | 7100-000 | 46,376.00 | 46,376.00 | 0.00 | 0.00 |
| 19U | ADAM J. BLANCHARD, JR. | 7200-000 | 5,051.87 | 34,060.10 | 34,060.10 | 0.00 |
| NOTFILED | GARY LEBLANC | 7100-000 | 17,755.00 | N/A | N/A | 0.00 |
| NOTFILED | KENTWOOD SPRINGS | 7100-000 | 257.05 | N/A | N/A | 0.00 |
| NOTFILED | J & J ALARMS CO. | 7100-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | J & K OFFICE SUPPLY & PRINTING | 7100-000 | 95.48 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | FEDEX | 7100-000 | 37.17 | N/A | N/A | 0.00 |
| NOTFILED | CONEXIS | 7100-000 | 114.00 | N/A | N/A | 0.00 |
| NOTFILED | BP PRODUCTS NORTH AMERICA, INC. | 7100-000 | 1,509.83 | N/A | N/A | 0.00 |
| NOTFILED | CT CORPORATION | 7100-000 | 397.00 | N/A | N/A | 0.00 |
| NOTFILED | MASON TALBERT | 7100-000 | 20,757.00 | N/A | N/A | 0.00 |
| NOTFILED | CYPRESS PROPERTY MANAGEMENT | 7100-000 | 1,560.00 | N/A | N/A | 0.00 |
| NOTFILED | OFFICE DEPOT | 7100-000 | 1,192.45 | N/A | N/A | 0.00 |
| NOTFILED | WAGEWORKS, INC. | 7100-000 | 598.80 | N/A | N/A | 0.00 |
| NOTFILED | TOYOTA FINANCIAL SERVICES | 7100-000 | 24,165.13 | N/A | N/A | 0.00 |
| NOTFILED | WELLS FARGO FINANCIAL | 7100-000 | 1,078.68 | N/A | N/A | 0.00 |
| NOTFILED | THOMAS DYER | 7100-000 | 14,766.80 | N/A | N/A | 0.00 |
| NOTFILED | WINDSTREAM | 7100-000 | 5,388.69 | N/A | N/A | 0.00 |
| NOTFILED | SHERIFF GREG CHAMPAGNE | 7100-000 | 103.09 | N/A | N/A | 0.00 |
| NOTFILED | T.C.B. CLEANING, INC. | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | ORH5, LLC | 7100-000 | 892.74 | N/A | N/A | 0.00 |
| NOTFILED | BORIS MOISEYEV | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | PITNEY BOWES | 7100-000 | 2,197.07 | N/A | N/A | 0.00 |
| NOTFILED | MONICA MOREL | 7100-000 | 31,125.00 | N/A | N/A | 0.00 |
| NOTFILED | SCAN CONVERSION SERVICES, INC. | 7100-000 | 2,620.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 269.02 | N/A | N/A | 0.00 |
| NOTFILED | BELL OFFICE MACHINES | 7100-000 | 1,499.80 | N/A | N/A | 0.00 |
| NOTFILED | BEACON INVESTMENT, LLC | 7100-000 | 4,146.41 | N/A | N/A | 0.00 |
| NOTFILED | ANVIL INTERNATIONAL | 7100-000 | 2,582.26 | N/A | N/A | 0.00 |
| NOTFILED | APPRIVER | 7100-000 | 951.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$482,808.51** | **$890,755.55** | **$398,227.05** | **$231,193.34** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-11230  
**Case Name:** TALSON, INC.

**Trustee:** (380380) WILBUR J. (BILL) BABIN, JR.  
**Filed (f) or Converted (c):** 05/14/18 (f)  
**§341(a) Meeting Date:** 06/21/18

**Period Ending:** 07/18/19

**Claims Bar Date:** 11/05/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 2 | OPERATING ACCOUNT ACCOUNT AT CHASE | 56.47 | 0.00 | | 0.00 | FA |
| 3 | $348.95 TRANSFERRED TO CHASE OP. ACCT | 0.00 | 0.00 | | 0.00 | FA |
| 4 | $178.68 TRANSFERRED TO CHASE OP. ACCT (FROM MML) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | WWW.TALSON-INC.COM | 0.00 | 0.00 | | 0.00 | FA |
| 6 | SOFTWARE LICENSE - AUTOCAD SOFTWARE | 0.00 | 0.00 | | 0.00 | FA |
| 7 | TRANSFER OF LIFE INSURANCE TO BYRAN H. TALBERT (u) | 25,984.00 | 500,000.00 | | 500,000.00 | FA |
| 8 | POSSIBLE CLAIMS AGAINST JAN AND LARRY TALBERT (u) | Unknown | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$26,040.47** | **$500,000.00** | | **$500,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

358

**Initial Projected Date Of Final Report (TFR):** December 31, 2018  **Current Projected Date Of Final Report (TFR):** May 20, 2019 (Actual)

Printed: 07/18/2019 01:35 PM    V.14.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 18-11230  
**Case Name:** TALSON, INC.  
**Taxpayer ID #:** **-***3588  
**Period Ending:** 07/18/19

**Trustee:** WILBUR J. (BILL) BABIN, JR. (380380)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $25,365,767.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/02/19 | {7} | BRYAN H. TALBERT | PAYMENT OF PREFERENCE CLAIM - SEE ORDER P-64 | 1241-000 | 180,000.00 | | 180,000.00 |
| 01/02/19 | {7} | THE LAW OFFICE OF RACHEL T. ANDERSON | PAYMENT OF PREFERENCE CLAIM - SEE ORDER P-64 | 1241-000 | 320,000.00 | | 500,000.00 |
| 01/15/19 | 101 | THE DERBES LAW FIRM, LLC | SEE ORDER 12/20/18 | 3110-000 | | 150,000.00 | 350,000.00 |
| 01/15/19 | 102 | THE DERBES LAW FIRM, LLC | SEE ORDER 12/20/18 | 3120-000 | | 2,382.97 | 347,617.03 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 320.93 | 347,296.10 |
| 02/07/19 | 103 | SIGMA CONSULTING CORPORATION | SEE ORDER 02/06/19 | 3731-000 | | 1,218.75 | 346,077.35 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 266.11 | 345,811.24 |
| 03/11/19 | 104 | LOUISIANA DEPARTMENT OF REVENUE | 2018 CORPORATE RETURN | 2820-000 | | 1,659.00 | 344,152.24 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 274.25 | 343,877.99 |
| 05/22/19 | 105 | WILBUR J. (BILL) BABIN, JR. | Dividend paid 100.00% on $28,250.00, Trustee Compensation; Reference: | 2100-000 | | 28,250.00 | 315,627.99 |
| 05/22/19 | 106 | WILBUR J. (BILL) BABIN, JR. | Dividend paid 100.00% on $377.00, Trustee Expenses; Reference: | 2200-000 | | 377.00 | 315,250.99 |
| 05/22/19 | 107 | THE DERBES LAW FIRM, LLC | Dividend paid 100.00% on $11.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 11.00 | 315,239.99 |
| 05/22/19 | 108 | THE DERBES LAW FIRM, LLC | Dividend paid 100.00% on $4,400.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,400.00 | 310,839.99 |
| 05/22/19 | 109 | ROSSIE P. HOTARD | Dividend paid 100.00% on $9,296.97; Claim # 5P; Filed: $12,850.00; Reference: | 5300-000 | | 9,296.97 | 301,543.02 |
| 05/22/19 | 110 | ANTHONY GAGLIANO | Dividend paid 100.00% on $9,296.97; Claim # 6P; Filed: $12,850.00; Reference: | 5300-000 | | 9,296.97 | 292,246.05 |
| 05/22/19 | 111 | RANDY CASSAGNE | Dividend paid 100.00% on $9,296.97; Claim # 7P; Filed: $12,850.00; Reference: | 5300-000 | | 9,296.97 | 282,949.08 |
| 05/22/19 | 112 | CHRISTIAN S. SCHADE | Dividend paid 100.00% on $9,296.97; Claim # 10P; Filed: $12,850.00; Reference: | 5300-000 | | 9,296.97 | 273,652.11 |
| 05/22/19 | 113 | BRYAN LEDET | Dividend paid 100.00% on $9,296.97; Claim # 17P; Filed: $12,850.00; Reference: | 5300-000 | | 9,296.97 | 264,355.14 |
| 05/22/19 | 114 | ADAM J. BLANCHARD, JR. | Dividend paid 100.00% on $2,295.86; Claim # 19P; Filed: $3,173.28; Reference: | 5300-000 | | 2,295.86 | 262,059.28 |
| 05/22/19 | 115 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $977.66; Filed: $0.00 for Medicare | 5300-000 | | 977.66 | 261,081.62 |
| 05/22/19 | 116 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $13,484.66; Filed: $0.00 for Income Tax | 5300-000 | | 13,484.66 | 247,596.96 |
| 05/22/19 | 117 | LA DEPARTMENT OF REVENUE & | Dividend paid 100.00% on $1,348.47; Filed: | 5300-000 | | 1,348.47 | 246,248.49 |

Subtotals: $500,000.00  $253,751.51

{} Asset reference(s)  Printed: 07/18/2019 01:35 PM  V.14.56

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 18-11230 | **Trustee:** WILBUR J. (BILL) BABIN, JR. (380380) |
| **Case Name:** TALSON, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2366 - Checking Account |
| **Taxpayer ID #:** **-***3588 | **Blanket Bond:** $25,365,767.00 (per case limit) |
| **Period Ending:** 07/18/19 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | TAXATION | $0.00 for LA Income Tax | | | | |
| 05/22/19 | 118 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $2,831.78; Filed: $0.00 for FICA | 5300-000 | | 2,831.78 | 243,416.71 |
| 05/22/19 | 119 | STATE OF ALABAMA DEPARTMENT OF REVENUE | Dividend paid 100.00% on $256.15; Claim # 1P; Filed: $256.15; Reference: | 5800-000 | | 256.15 | 243,160.56 |
| 05/22/19 | 120 | LOUISIANA DEPARTMENT OF REVENUE | Dividend paid 100.00% on $1,021.34; Claim # 3P; Filed: $1,021.34; Reference: | 5800-000 | | 1,021.34 | 242,139.22 |
| 05/22/19 | 121 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $4,731.53; Claim # 11P; Filed: $4,731.53; Reference: | 5800-000 | | 4,731.53 | 237,407.69 |
| 05/22/19 | 122 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $977.66; Filed: $0.00 for Medicare | 5800-000 | | 977.66 | 236,430.03 |
| 05/22/19 | 123 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $2,831.78; Filed: $0.00 for FICA | 5800-000 | | 2,831.78 | 233,598.25 |
| 05/22/19 | 124 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $2,366.74; Filed: $0.00 for FUTA | 5800-000 | | 2,366.74 | 231,231.51 |
| 05/22/19 | 125 | LOUISIANA DEPARTMENT OF LABOR | Dividend paid 100.00% on $38.17; Filed: $0.00 for LA SUTA | 5800-000 | | 38.17 | 231,193.34 |
| 05/22/19 | 126 | DISA INC. | Dividend paid 63.59% on $1,449.00; Claim # 2; Filed: $1,449.00; Reference: | 7100-000 | | 921.53 | 230,271.81 |
| 05/22/19 | 127 | LOUISIANA DEPARTMENT OF REVENUE | Dividend paid 63.59% on $1,361.73; Claim # 3U; Filed: $1,361.73; Reference: | 7100-000 | | 866.02 | 229,405.79 |
| 05/22/19 | 128 | TITAN ENGINEERING CONSULTANTS, LLC | Dividend paid 63.59% on $11,076.60; Claim # 4 -2; Filed: $11,076.60; Reference: | 7100-000 | | 7,044.39 | 222,361.40 |
| 05/22/19 | 129 | ROSSIE P. HOTARD | Dividend paid 63.59% on $49,750.00; Claim # 5U; Filed: $91,325.00; Reference: | 7100-000 | | 31,639.54 | 190,721.86 |
| 05/22/19 | 130 | ANTHONY GAGLIANO | Dividend paid 63.59% on $8,800.00; Claim # 6U; Filed: $27,800.00; Reference: | 7100-000 | | 5,596.54 | 185,125.32 |
| 05/22/19 | 131 | RANDY CASSAGNE | Dividend paid 63.59% on $17,910.00; Claim # 7U; Filed: $64,170.00; Reference: | 7100-000 | | 11,390.23 | 173,735.09 |
| 05/22/19 | 132 | JPMORGAN CHASE BANK, N.A. | Dividend paid 63.59% on $59,083.97; Claim # 8; Filed: $59,083.97; Reference: | 7100-000 | | 37,575.67 | 136,159.42 |
| 05/22/19 | 133 | CITY BLUEPRINT & SUPPLY COMPANY | Dividend paid 63.59% on $410.21; Claim # 9; Filed: $410.21; Reference: | 7100-000 | | 260.88 | 135,898.54 |
| 05/22/19 | 134 | CHRISTIAN S. SCHADE | Dividend paid 63.59% on $50,597.13; Claim # 10U; Filed: $50,597.13; Reference: | 7100-000 | | 32,178.29 | 103,720.25 |
| 05/22/19 | 135 | INTERNAL REVENUE SERVICE | Dividend paid 63.59% on $15,122.29; Claim # 11U; Filed: $15,122.29; Reference: | 7100-000 | | 9,617.33 | 94,102.92 |
| 05/22/19 | 136 | CAMPUS DRIVE EAST, LLC | Dividend paid 63.59% on $30,821.97; Claim # 14; Filed: $258,037.63; Reference: | 7100-000 | | 19,601.87 | 74,501.05 |

Subtotals : $0.00 $171,747.44

{} Asset reference(s)            Printed: 07/18/2019 01:35 PM   V.14.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 18-11230 | Trustee: | WILBUR J. (BILL) BABIN, JR. (380380) |
|---|---|---|---|
| Case Name: | TALSON, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******2366 - Checking Account |
| Taxpayer ID #: | **-***3588 | Blanket Bond: | $25,365,767.00 (per case limit) |
| Period Ending: | 07/18/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/22/19 | 137 | JANICE H. TALBERT | Dividend paid 63.59% on $61,695.41; Claim # 15; Filed: $61,695.41; Reference: | 7100-000 | | 39,236.47 | 35,264.58 |
| 05/22/19 | 138 | LARRY ALLEN TALBERT | Dividend paid 63.59% on $33,500.00; Claim # 16; Filed: $33,500.00; Reference: | 7100-000 | | 21,305.02 | 13,959.56 |
| 05/22/19 | 139 | BRYAN LEDET | Dividend paid 63.59% on $21,950.00; Claim # 17; Filed: $59,676.71; Reference: | 7100-000 | | 13,959.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 500,000.00 | 500,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 500,000.00 | 500,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$500,000.00** | **$500,000.00** | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| | Checking # ******2366 | 500,000.00 | 500,000.00 | 0.00 |
| | | $500,000.00 | $500,000.00 | $0.00 |

{} Asset reference(s)   Printed: 07/18/2019 01:35 PM   V.14.56